UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOMAS HOGAN,<br><br>                              Plaintiff,<br><br>                    -v.-<br><br>CBS CORPORATION and JEFFREY BIRCH,<br><br>                              Defendants. | 17 Civ. 5764 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On December 1, 2017, the Court stayed this matter to permit the New York State Division of Human Rights ("NYSDHR") time to address Plaintiff's extant request to reopen his administrative proceeding. (Dkt. #16). Since then, the parties have given the Court regular status updates, all relaying that they have not received any correspondence or further communication from the NYSDHR. (Dkt. #19, 21, 23, 25, 27, 29, 32, 34, 36, 38, 40).

In anticipation of the parties' next status update, due on August 1, 2022, the Court conducted its own inquiry of the NYSDHR. (Dkt. #41). It was advised that from the agency's perspective, the latest activity in Plaintiff's case occurred in March 2017, when the agency dismissed Plaintiff's complaint for lack of probable cause. The agency has no record of a written request from Plaintiff to reopen this proceeding. The Court instructs the parties to consider this information as they prepare their next status letter.

SO ORDERED.

Dated: July 12, 2022
        New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge